# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMIS PHARMACEUTICALS, INC., | CASE NO. 16cv296 LAB (WVG) |
| Plaintiff, | **ORDER GRANTING LEAVE TO DISMISS COUNTERCLAIMS** |
| vs. | |
| OCULAR SCIENCE, INC., | |
| Defendant. | |

Defendant and counterclaimant Ocular Science, Inc. on April 6 filed a motion either to dismiss its second and third counterclaims, or for leave to amend its answer to omit those two counterclaims. Because Imprimis had already filed an answer to the counterclaims, Ocular Science could not voluntarily dismiss. The next day, Plaintiff Imprimis Pharmaceuticals, Inc. filed a motion for partial summary judgment as to those two claims. The hearing on both motions is Tuesday, May 30, 2017. Neither motion is opposed.

Imprimis' motion for partial summary judgment suggests that the reason Imprimis did not consent to dismissal is because it wanted the claims dismissed with prejudice, and because it wanted the right to seek an award of fees. Ocular Science, however, concedes the two counterclaims are compulsory. That means the effect of Ocular Science's dismissal of the two claims, even though without prejudice, will be that Ocular Science cannot raise these same claims in any later action. *See Clark v. Bear Stearns & Co.*, 966 F.2d 1318, 1320

/ / /

(9th Cir.1992).[1]  And Imprimis has not identified any statute or other provision that would entitle it to a fee award.

Because Ocular Science has made clear that it does not intend to pursue its second and third counterclaims, and because Imprimis agrees they should be dismissed, Ocular Science's motion to dismiss its claims is **GRANTED**.  Ocular Science should promptly file an amended answer, omitting the second and third counterclaims.  Because Ocular Science's two counterclaims are being dismissed and will not be raised in future litigation, the motion for partial summary judgment is **DENIED AS MOOT**.

The hearing on these two motions is **VACATED**.

**IT IS SO ORDERED**.

DATED:  May 25, 2017

**HONORABLE LARRY ALAN BURNS**
United States District Judge

---

[1] Ocular Science's brief suggests the possibility that it might pursue them in some other proceeding, if Imprimis' allegedly anticompetitive behavior continues or escalates. Claims that have not yet accrued are obviously not being dismissed, so claims arising out of Imprimis' future behavior would not be precluded in future actions. But by representing that the two counterclaims were compulsory, and by not opposing the motion for partial summary judgment, Ocular Science consented to dismissal of these two counterclaims, *see* Civil Local Rule 7.1(f)(3)(c), and in effect has abandoned them.