Dan Lawton (State Bar No. 127342)
dan@lawtonlaw.com (Electronic mail)
Joseph C. Kracht (State Bar No. 228507)
joe@lawtonlaw.com (Electronic mail)
LAWTON LAW FIRM
Emerald Plaza
402 West Broadway, Suite 1330
San Diego, CA 92101
(619) 595-1370 (Telephone)
(619) 595-1520 (Telefacsimile)
www.lawtonlaw.com

Attorneys for Plaintiff and Counter Defendant
Imprimis Pharmaceuticals, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMIS PHARMACEUTICALS, INC., a Delaware corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>OCULAR SCIENCE, INC., a California corporation; DAMIEN GOLDBERG, a natural person; and DOES 1 through 20,<br><br>　　　Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS.<br>_____ | Case No. 16-CV-0296-LAB-WVG<br><br>**JOINT MOTION FOR ORDER DISMISSING THIS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2), THE COURT'S ORDER AFTER SETTLEMENT DISPOSITION CONFERENCE (DOC. 39), AND THE PARTIES' SETTLEMENT AGREEMENT OF APRIL 21, 2017** |

　　　The parties hereby move jointly for an order dismissing this action.

　　　Rule 41(a)(2) provides for the dismissal "on terms that the court considers proper." Those terms include all of those listed in the parties' Confidential Settlement Agreement and Mutual Releases signed in the chambers of Magistrate

Case No. 16-CV-0296-LAB-WVG

Judge William V. Gallo at the Mandatory Settlement Conference held there on April 21, as modified by the agreement memorialized on the record in Judge Gallo's courtroom on the same date. The terms expressly include a retention of jurisdiction in the Court to enforce the settlement agreement for a period of three years, as noted in the Court's order after settlement disposition conference (Doc. 39) filed following the attorneys-only settlement disposition conference held via telephone before the Magistrate Judge on June 5.

    The parties have consented to entry of the order in the form emailed to chambers concurrently with the filing of this motion.

Respectfully submitted,

Dated: June 9, 2017            LAWTON LAW FIRM

By: s/Dan Lawton
Dan Lawton
Attorneys to Plaintiff and Counterdefendant Imprimis Pharmaceuticals, Inc.

Dated: June 9, 2017            WIRTZLAW APC

By: s/Richard M. Wirtz
Richard M. Wirtz
Attorneys to Defendant and Counterclaimant Ocular Science, Inc., and Defendant Damien Goldberg, M.D.

Case No. 16-CV-0296-LAB-WVG

2