

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMIS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OCULAR SCIENCE, INC. et al., <br><br> Defendants. | Case No.: 16-CV-296-WVG <br><br> ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE <br><br> [Doc. No. 40] |

Before the Court is the parties' joint motion for an order dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. No. 40.) Good cause appearing, the parties' joint motion is hereby GRANTED and this action DISMISSED WITH PREJUDICE and without costs to any party. The undersigned shall retain jurisdiction over all disputes between and among the parties arising out of the settlement agreement, including but not limited to interpretation and enforcement of the terms of the settlement agreement. The retention of jurisdiction shall last for a period of three (3) years from the date of this Order on the terms listed in the Court's Order after settlement disposition conference (Doc. No. 39) and the parties' Confidential Settlement Agreement and Mutual Releases signed on April 21, 2017.

/ / /

1     The Clerk of Court is directed to enter judgment and close the case.

2 **IT IS SO ORDERED.**

3 Dated: June 9, 2017

4                                                           _____

5                                                           Hon. William V. Gallo
                                                          United States Magistrate Judge