

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMIS PHARMACEUTICALS, INC., a Delaware corporation,<br><br>                                                          **Plaintiff,**<br>V.<br>OCULAR SCIENCE, INC., a California corporation; DAMIEN GOLDBERG, a natural person; and DOES 1 through 20,<br><br>                                                          **Defendant.** | **Civil Action No.**   16-cv-00296-WVG<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Joint Motion to Dismiss with prejudice is granted.

Date:         6/12/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  K. Betancourt
                                              K. Betancourt, Deputy